UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20553-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY S. SAFFAN, et al.,

    Defendants.
_____

### REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on defendant **Brian Schick's** Motion to Dismiss (DE 143), which was referred to United States Magistrate Judge Lurana S. Snow, for report and recommendation. Since defendant Schick has entered a guilty plea, it is hereby

RECOMMENDED that the Motion to Dismiss be DENIED as moot.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 5th day of November, 2007.

                                                  /s/ Lurana S. Snow
                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Watts-Fitzgerald (MIA)
Herb Cohen, Esq. (D-Saffan, Therapy and Duchess)
Keith Selzter, Esq. (D-Saffan, Therapy and Duchess)
Jonathan Rosenthal, Esq. (D-Lang)
Myles Malman, Esq. (D-Lang)
Jason Grey, Esq. (D-Schick)
AFPD Pat Hunt (D-Pegram)
Randee Golder, Esq. (D-Augusto)